# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

DAMON L. BEAMAN, )
 )
    Movant, )
v. ) No. 05-0342-CV-W-FJG
 ) Crim. No. 02-0177-01-CR-W-FJG
UNITED STATES OF AMERICA, )
 )
    Respondent. )

## ORDER DENYING MOVANT A CERTIFICATE OF APPEALABILITY

On December 9, 2005, this Court entered an Order (Doc. No. 11) denying Movant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On January 3, 2006, movant filed the present Motion for Certificate of Appealability (Doc. No. 14).

A certificate of appealability will be issued only if the applicant has made a substantial showing of the denial of a constitutional right and has indicated which specific issue or issues satisfy the showing required. 28 U.S.C. § 2253(c)(2) & (3). Additionally, "the petitioner 'must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'" Randolf v. Kemna, 276 F.3d 401, 403 n.1 (8th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.1 (1983))(alteration in original). Although this may be referred to as a "modest standard," id. (citing Charles v. Hickman, 228 F.3d 981, 982 n.1 (9th Cir. 2000)), movant has failed to meet this burden.

Accordingly, it is hereby ORDERED that movant's Petition for a Certificate of Appealability (Doc. No. 14) is DENIED.

Dated: January 13, 2006
Kansas City, Missouri.

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge